IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JOSHUA D. CARSON**                                                                                          **PLAINTIFF**

V.                                          CASE NO. 3:24-CV-3014

**SHERIFF JOHN MONTGOMERY,**
Baxter County, Arkansas;
**OFFICER ALENA BROWN (Badge #47);**
**NURSE SHERRY; and LIEUTENANT DENICE LEE**                **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 8) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Upon preservice screening of the Complaint, the Magistrate Judge recommends that the claims against Defendants Montgomery, Sherry, and Lee be dismissed for failure to state a claim. No objections were filed by the fourteen-day deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. All claims against Defendants Montgomery, Sherry, and Lee are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. 28 U.S.C. § 1915A(b). The Clerk is directed to dismiss these Defendants as parties to the case. The case will continue as to the remaining claims.

**IT IS SO ORDERED** on this 23rd day of April, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE