IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JOSHUA D. CARSON**                                                                                   **PLAINTIFF**

V.                                  **CASE NO. 3:24-CV-3014**

**OFFICER ALENA BROWN**                                                                       **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 28) filed in this case on November 13, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY.** The Motion for Summary Judgment (Doc. 15) is **DENIED**.

**IT IS SO ORDERED** on this 9th day of December, 2024.


                                                    */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE