IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JOSHUA D. CARSON**                                                                          **PLAINTIFF**

V.                                       **CASE NO. 3:24-CV-3014**

**OFFICER ALENA BROWN**                                                             **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 51) filed in this case on January 7, 2026, by the Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Defendant Alena Brown's Motion to Dismiss (Doc. 45) is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 27th day of January, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE